IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 6:17-CV-120 |
| | § | RWS-JDL |
| v. | § | |
| | § | |
| | § | |
| BARRACUDA NETWORKS, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge (Docket No. 30) recommending denial of Barracuda Networks, Inc.'s ("Barracuda") Motion to Dismiss Realtime's Complaint for Improper Venue (Docket No. 23) has been presented for consideration. No objections to the Report and Recommendation were filed during the prescribed objection period.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court **ADOPTS** the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court. Barracuda's Motion (Docket No. 23) is **DENIED**.

SIGNED this 1st day of August, 2017.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE